**2009–2106. Summerville v. Forest Park.**

Hamilton App. No. C–090708.

LUNDBERG STRATTON and O'DONNELL, JJ., would also reverse the judgment of the court of appeals on the authority of *Hubbell v. Xenia*, 115 Ohio St.3d 77, 2007-Ohio-4839, 873 N.E.2d 878.

PFEIFER, O'CONNOR, and LANZINGER, JJ., dissent.

**2009–2108. Burbrink v. State.**

Hamilton App. No. C–081075, 2009-Ohio-5346. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–2110. State v. Poole.**

Ashtabula App. No. 2009–A–0010, 2009-Ohio-5634.

O'DONNELL, LANZINGER, and CUPP, JJ., dissent.

**2009–2113. Lohman v. State.**

Hamilton App. No. C–080957. Discretionary appeal accepted on Proposition of Law Nos. I, II, III, IV, and VI; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

PFEIFER and O'DONNELL, JJ., would also accept the appeal on Proposition of Law No. V.

**2009–2114. Johnson v. State.**

Hamilton App. No. C–080997. Discretionary appeal accepted on Proposition of Law Nos. I, II, III, IV, and VI; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

PFEIFER and O'DONNELL, JJ., would also accept the appeal on Proposition of Law No. V.

**2009–2131. State v. Chappell.**

Cuyahoga App. No. 92455, 2009-Ohio-5371.

PFEIFER, O'DONNELL, and CUPP, JJ., dissent.

**2009–2135. State v. Bundy.**

Montgomery App. Nos. 23063 and 23064, 2009-Ohio-5395. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

MOYER, C.J., and LANZINGER, J., would also accept the appeal on Proposition of Law No. II without holding.

PFEIFER and CUPP, JJ., dissent.

**2009–2149. State v. Hall.**

Montgomery App. No. 22901, 2009-Ohio-6016. Discretionary appeal accepted; cause held for the decision in 2009–0825, *State v. Massien*, Summit App. No. 24369, 2009-Ohio-1521; and briefing schedule stayed.

**2009–2163. Roy v. State.**

Butler App. No. CA2009–02–067, 2009-Ohio-5808. Discretionary appeal accepted on Proposition of Law Nos. IV, V, and VI; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

MOYER, C.J., and LUNDBERG STRATTON, J., would also accept and hold the appeal on Proposition of Law No. II and accept Proposition of Law No. I without holding.

O'DONNELL, J., would also accept and hold the appeal on Proposition of Law Nos. I, II, and III.

PFEIFER, O'CONNOR, and LANZINGER, JJ., dissent.